UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:11-cr-00044-SEB-KPF-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JERRY L. CRAWFORD | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☒ FACTORS CONSIDERED: See attached opinion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:11-cr-00044-SEB-KPF |
| JERRY L. CRAWFORD, | ) ) | -01 |
| Defendant. | ) ) | |

# ORDER

Defendant Jerry L. Crawford filed a motion seeking compassionate release. Dkt. 63. Mr. Crawford seeks immediate release from incarceration at FCI Terre Haute[1] because his various medical conditions substantially diminish his ability to provide self-care within the meaning of U.S.S.G. § 1B1.13, which constitute "extraordinary and compelling" reasons warranting his compassionate release. Dkts. 63, 90. Accordingly, he requests that his sentence be reduced to time served so that he can obtain "adequate medical treatment." Dkt. 90 at 2.

Because the BOP inmate database now shows Mr. Crawford's place of incarceration as the Residential Reentry Management field office in Detroit, https://www.bop.gov/inmateloc/, the Court ordered Mr. Crawford to show cause why it should not deny his motion for compassionate release based on an inability to provide self-care because he is no longer in prison. Dkt. 100. The Court warned Mr. Crawford that it would deem his motion abandoned and deny it without prejudice if he failed to respond as required. *Id.* The deadline for responding has now passed, and Mr. Crawford has not filed the required response.

---

[1] At the time he filed his motion, Mr. Crawford was incarcerated at FCI Loretto but was subsequently transferred to FCI Terre Haute. Dkt. 97 at 1.

Accordingly, Mr. Crawford's motion for compassionate release, dkt. [63], is deemed abandoned and **denied without prejudice**. Nothing in this Order prevents Mr. Crawford from filing another motion for compassionate release.

**IT IS SO ORDERED.**

Date:  10/13/2022

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel